STATE of Missouri, Respondent,

v.

Charles Logan POLITTE, Appellant.

No. WD 76225.

Missouri Court of Appeals,
Western District.

April 29, 2014.

Karen L. Kramer, for Respondent.

William J. Swift, for Appellant.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, ALOK AHUJA, Judge and GARY D. WITT, Judge.

### ORDER

PER CURIAM:

Charles Politte appeals his convictions following a jury trial for forcible rape, section 566.030, RSMo 2000, second degree assault, section 565.060, RSMo 2000, and armed criminal action, section 571.015, RSMo 2000. He contends that the trial court plainly erred in allowing the prosecutor to improperly comment on his failure to testify during closing arguments. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment of convictions is affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Deondric R. DAVIS, Appellant.

No. WD 76253.

Missouri Court of Appeals,
Western District.

April 29, 2014.

Chris Koster, Attorney General, Todd T. Smith, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Irene Karns, Special Public Defender, Columbia, MO, Attorney for Appellant.

Before Division One: JOSEPH M. ELLIS, Presiding Judge, and KAREN KING MITCHELL and ANTHONY REX GABBERT, Judges.

### Order

PER CURIAM:

Deondric R. Davis appeals his convictions for first-degree robbery, pursuant to section 569.020 RSMo, and armed criminal action, pursuant to section 571.015, RSMo. Davis's sole point on appeal is that the trial court abused its discretion in permitting the State to introduce police department photographs of him in that the probative value of the photographs was outweighed by their prejudicial effect because they implied a past criminal history and the witnesses had already identified him as one of the robbers before viewing the photographs.

Affirmed. Rule 30.25(b).